**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 499 MAL 2021

          Respondent                  :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

          v.                         :

                                     :

SEAN LEWIS QUARLES,                :

                                     :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.